**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK CURTIS JACKSON, ) | |
| ) | |
| Petitioner, ) | 2: 10-cv-01698-KJD-LRL |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DWIGHT NEVENS, *et al*, ) | |
| ) | |
| Respondents. ) | |

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. Petitioner has paid the filing fee for this action. (Docket #1-1). The petition shall now be filed and served on respondents.

A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the Court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

**IT IS THEREFORE ORDERED** that the Clerk shall **FILE the petition and**

1  **ELECTRONICALLY SERVE** the petition (docket #1) upon respondents.

2      **IT IS FURTHER ORDERED** that petitioner's motion to file a petition with
3  additional pages is **GRANTED.** (Docket #2.)

4      **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from
5  entry of this order within which to answer, or otherwise respond to, the petition. In their answer or
6  other response, respondents shall address any claims presented by petitioner in his petition as well as
7  any claims presented by petitioner in any Statement of Additional Claims. Respondents shall raise
8  all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and
9  procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed,
10 respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the
11 United States District Courts under 28 U.S.C. §2254. If an answer is filed, petitioner shall have
12 **forty-five (45) days** from the date of service of the answer to file a reply.

13     **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the
14 Attorney General of the State of Nevada a copy of every pleading, motion, or other document he
15 submits for consideration by the court. Petitioner shall include with the original paper submitted for
16 filing a certificate stating the date that a true and correct copy of the document was mailed to the
17 Attorney General. The court may disregard any paper that does not include a certificate of service.
18 After respondents appear in this action, petitioner shall make such service upon the particular Deputy
19 Attorney General assigned to the case.

20     DATED: October 27, 2010.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE