1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PATRICK CURTIS JACKSON,                )
                                       )
            Petitioner,                )        2: 10-cv-01698-KJD-LRL
                                       )
vs.                                    )
                                       )        **ORDER**
DWIGHT NEVENS, *et al,*                )
                                       )
            Respondents.               )
_____/

　　　　　This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*.  On December 16, 2010, respondents filed a motion for an extension of time to file their response to the petition.  (Docket #7.)  The Court granted the motion allowing until January 27, 2011.  On January 21, 2011, Petitioner moved the Court to direct Respondents to provide him with a copy of their response to his petition.  (Docket #9.)  The motion shall be denied as premature.

　　　　　Respondents are required under the Federal Rules of Civil Procedure to provide Petitioner with a copy of any document filed with the Court.  However, the response is not yet due.

1          **IT IS THEREFORE ORDERED** that Petitioner's motion (docket #9) is **DENIED**

2     as premature.

3               DATED:  January 24, 2011.

4

5

6               _____

7               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26